FILED'08 JAN 08 15:59 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEANNETTE L. WOODWARD,

    Plaintiff,

Civil No. 06-6278-AS

v.

ORDER

MICHAEL J. ASTRUE

    Defendant.

MARSH, Judge.

    Magistrate Judge Donald c. Ashmanskas filed his Findings and Recommendation on December 11, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See

1 - ORDER

§636(b)(1)(C); <u>Simpson v. Lear Astronics Corp.</u>, 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation #29. The matter is remanded for further administrative proceedings pursuant to sentence four of 42 USC § 405(g), so the ALJ can consider the opinions of the physicians and the statement of the lay witness.

IT IS SO ORDERED.

DATED this ___8___ day of January, 2008.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER