*FILED'08 JAN 08 15:59USDC-ORP*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEANNETTE L. WOODWARD,

       Plaintiff,                            CV-06-6278-AS

       v.                                   JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

    Based on the record and the Order  filed herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is reversed and remanded pursuant to Sentence Four

of 42 U.S.C. § 405(g) for further administrative proceedings

consistent with the order.

    Dated this __8__ day of January, 2008.

                          *Malcolm F Marsh*
                       Malcolm F. Marsh
                 United States District Judge

1 - JUDGMENT